USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
INCHCAPE SHIPPING SERVICES,

                  Plaintiff,

   -against-

EASTWIND CARRIERS (UK) LIMITED and
EASTWIND SHIPMANAGEMENT PTE,

                  Defendants.
------------------------------------------------------------------x

09 Civ. 6445 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    At plaintiff's request, the pretrial conference scheduled for October 30, 2009 is cancelled. Plaintiff's counsel has contacted the Court to request time to determine whether it has conflicts representing its client following the recent decision of the U.S. Court of Appeals for the Second Circuit in *Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd.*, --- F.3d ----, 2009 WL 3319675 (2d Cir. Oct. 16, 2009). In light of the Second Circuit's holding in *Shipping Corp. of India* and because plaintiff has not alleged that any property other than electronic funds transfers is likely to be found in this district, plaintiff is hereby ordered to show cause on or before November 20, 2009 why the Order of Maritime Attachment and Garnishment dated July 22, 2009 should not be vacated, any attached funds released, and this action dismissed.

Dated: New York, New York
       October 29, 2009

SO ORDERED:

Sidney H. Stein, U.S.D.J.